

# CADY REPORTING SERVICES, INC.

55 PUBLIC SQUARE, SUITE 1225
CLEVELAND, OH 44113
(216) 861-9270
(888) 624-CADY (2239)
CADYSTAFF@CADYREPORTING.COM

Joni Todd, Esq.
Hahn Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

**INVOICE NO. :** 978980
**INVOICE DATE:** 9/02/2011
**REPORTER:**
subpoena- -Hanwell

**ID#** 34-1883789

True North Energy vs
Chicago Title Insurance Co
3:10- CV 01100 JZ

| Date | Description |
|------|-------------|
| 8/10/2011 | To mileage and service of one subpoena in the above-captioned case, going to Sylvania OH Administrative fee |
| | Prompt Payment Discount of $13.00 if received within 30 days. |
| | ch/3.50 |

| | |
|---|---|
| **Sub Total** | 143.00 |
| **Paid** | 0.00 |
| **Balance Due** | 143.00 |

Terms: Net 30 Days from date of invoice
We accept Mastercard and Visa for payment.
We look to the attorney for payment of all charges, not their client.

**EXHIBIT C**



# CADY REPORTING SERVICES, INC.
### 55 PUBLIC SQUARE, SUITE 1225
### CLEVELAND, OH 44113
### (216) 861-9270
### (888) 624-CADY (2239)
### CADYSTAFF@CADYREPORTING.COM

Joni Todd, Esq.
Hahn Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

| | |
|---|---|
| **INVOICE NO. :** | 978962 |
| **INVOICE DATE:** | 9/01/2011 |
| **REPORTER:** | |
| subpoena- -Hanwell | |
| **ID#** 34-1883789 | |

True North Energy vs
Chicago Title Insurance Co
3:10- CV 01100 JZ

| Date | Description |
|---|---|
| 7/19/2011 | To mileage and service of one subpoena in the above-captioned case, going to Houston TX 77002 Administrative fee |
| | Prompt Payment Discount of $19.20 if received within 30 days. |
| | ch/3.50 |

| | |
|---|---|
| **Sub Total** | 211.20 |
| **Paid** | 0.00 |
| **Balance Due** | 211.20 |

**Terms: Net 30 Days from date of invoice**
**We accept Mastercard and Visa for payment.**
**We look to the attorney for payment of all charges, not their client.**



# CADY REPORTING SERVICES, INC.
55 PUBLIC SQUARE, SUITE 1225
CLEVELAND, OH 44113
(216) 861-9270
(888) 624-CADY (2239)
CADYSTAFF@CADYREPORTING.COM

Joni Todd, Esq.
Hahn Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

**INVOICE NO. :** 978981
**INVOICE DATE:** 9/02/2011
**REPORTER:**
subpoena- -Hanwell

**ID#** 34-1883789

True North Energy vs
Chicago Title Insurance Co
3:10- CV 01100 JZ

| Date | Description |
|------|-------------|
| 7/28/2011 | To mileage and service of one subpoena in the above-captioned case, going to Houston TX 77002 Administrative fee |

Prompt Payment Discount of $18.50
if received within 30 days.

ch/3.50

| | |
|---|---|
| **Sub Total** | 203.50 |
| **Paid** | 0.00 |
| **Balance Due** | 203.50 |

**Terms: Net 30 Days from date of invoice**
**We accept Mastercard and Visa for payment.**
**We look to the attorney for payment of all charges, not their client.**

WWW.CADYREPORTING.COM

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966    Fax: (303) 832-9525

Job #: 110602JW
Job Date: 06/02/2011
Order Date: 06/02/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Chicago Title

# Invoice

Invoice #: 82796
Inv.Date: 06/16/2011
Balance: $640.14

**Bill To:**
Joni Todd, Esq.
Hahn Loeser & Parks, Llp
200 Public Square
Suite 2800
Cleveland, OH 44114-2301

Action: True North Energy, LLC.
*vs*
Chicago Title Insurance Company, et al.
Action #: 3:10-CV-01100
Rep: Jennifer Windham
Cert:

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Jerry L. Green | Certified Transcript | $406.70 |
| 2 | Jerry L. Green | E-Transcript | $15.00 |
| 3 | Jerry L. Green | Minitranscript | $25.00 |
| 4 | Jerry L. Green | Scanned Exhibits | $30.72 |
| 5 | Jerry L. Green | Word Index - NO CHARGE | $0.00 |
| 6 | Teresa Hott | Certified Transcript | $110.00 |
| 7 | Teresa Hott | E-Transcript | $15.00 |
| 8 | Teresa Hott | Minitranscript | $25.00 |
| 9 | Teresa Hott | Scanned Exhibits | $12.72 |
| 10 | Teresa Hott | Word Index - NO CHARGE | $0.00 |

**Comments:**

Thank You For Your Business!

| | |
|---|---|
| Sub Total | $640.14 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $640.14 |
| Payment | $0.00 |
| **Balance Due** | $640.14 |

Federal Tax I.D.: 84-0835207      Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Joni Todd, Esq.
Hahn Loeser & Parks, Llp
200 Public Square
Suite 2800
Cleveland, OH 44114-2301

**Deliver To:**
Joni Todd, Esq.
Hahn Loeser & Parks, Llp
200 Public Square-
Suite 2800
Cleveland, OH 44114-2301

# Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 82796
Inv.Date: 06/16/2011
Balance: $640.14
Job #: 110602JW
Job Date: 06/02/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Chicago Title

# CMS

**CYNTHIA M. STIFTER & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

5413 West 102nd Street
Oak Lawn, IL 60453

312.541.1117

EIN: 20-4146230

HAHN, LOESER & PARKS, LLP
200 Public Square
Suite 2800
Cleveland, Ohio 44114-2316

ATTN: MS. JONI TODD

Date: June 29, 2011

Invoice: **4092**

TERMS - Net 30 Days

## RE: TRUE NORTH ENERGY, LLC vs CHICAGO TITLE INSURANCE COMPANY, et al., No. 3:10-cv-01100-JZ

| CMS | | |
|---|---|---|
| 6-3-11 | DEPOSITION OF JANET A. FAGAN | |
| | Transcript, copy, 140p | $ 336.00 |
| | E-Transcript | 60.00 |
| | | $ 396.00 |

**Signature is reserved.**

*\* Please Return One Copy With Remittance*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE

INVOICE NO: 02006495

**MAKE CHECKS PAYABLE TO:**

Steven A. Goldfarb
Hahn Loeser
200 Public Square
Suite 2800
Cleveland, OH 44114-2316

Phone:

Angela Nixon, RPR, CRR
Official Court Reporter
T 768 Co. Rd. 16
Napoleon, OH 43545

Phone:    (419) 260-5259

angela_eitzman@ohnd.uscourts.gov

| X  CRIMINAL | ☐ CIVIL | DATE ORDERED 08-23-2011 | DATE DELIVERED 08-23-2011 |

**Case Style:** 10CV1100, True North Energy v Chicago Title Insurance Co.
Rough and final transcripts of Patty Lyden's trial testimony

Tax I D  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

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 219 | 3.65 | 799.35 | | | | | | | 799.35 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 219 | | 667.95 | | | | | | | 667.95 |
| Misc. Desc. | | | | | | | | MISC. CHARGES | | |
| | | | | | | | | TOTAL | | 1,467.30 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | Date Paid: | | Amt: | | | | TOTAL DUE: | | $1,467.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  Angela Nixon                                    DATE  8/24/11

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To:  Steven Mark Rosenberg
Fidelity National Title Group
601 Riverside Avenue
4th floor
Jacksonville, FL 32204

| | |
|---|---|
| Invoice #: | CS315176 |
| Invoice Date: | 04/22/2011 |
| Balance Due: | $0.00 |

| | | | |
|---|---|---|---|
| Case: | True North Energy v. Chicago Title Insurance Company | Attorney: | |
| Job #: | 322842   \|   Job Date: 03/28/2011   \|   Delivery:   Normal | Billing # | 703166 |
| | | Claims Coun | Mark Schiffman |
| Billing Atty: | **Steven Mark Rosenberg** | Client: | |
| Location: | Collins Reporting Service, Inc. | CPS or LIPS # | |
| | 405 N Huron St \| 1st Floor \| Toledo, OH 43604 | Date of Polic | |
| Deposing Att | Joni Todd | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Patricia G. Lyden | Transcript - Original & 1 copy | Page | 295.00 | $4.10 | $1,209.50 |
| 2 | | Attendance - Session | 1 | 2.00 | $50.00 | $100.00 |
| 3 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 4 | | Exhibits | per page | 750.00 | $0.35 | $262.50 |
| 5 | | Shipping & Handling | 1 | 1.00 | $18.50 | $18.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,624.50 |
| Payment: | ($1,624.50) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

| Fed. Tax ID: 20-3457913 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa    ☐ MC  ☐ Amex    ☐ Discover

_____
Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
**Veritext Corporate Services, Inc.**
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: CS315176
Job #:  322842
Invoice Date: 04/22/2011
Balance :        $0.00

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

| Bill To: | Steven Mark Rosenberg | | |
|---|---|---|---|
| | Fidelity National Title Group | Invoice #: | CS315190 |
| | 601 Riverside Avenue | Invoice Date: | 04/22/2011 |
| | 4th floor | Balance Due: | $0.00 |
| | Jacksonville, FL 32204 | | |

| Case: | True North Energy v. Chicago Title Insurance Company | Attorney: | |
|---|---|---|---|
| Job #: | 322842  |  Job Date: 03/28/2011  |  Delivery:  Normal | Billing # | 703166 |
| | | Claims Coun | Mark Schiffman |
| Billing Atty: | Steven Mark Rosenberg | Client: | |
| Location: | Collins Reporting Service, Inc. | CPS or LIPS # | |
| | 405 N Huron St | 1st Floor | Toledo, OH 43604 | Date of Polic | |
| Deposing Att | Joni Todd | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Patricia G. Lyden | Video - Initial fee | | 1.00 | $250.00 | $250.00 |
| 2 | | Video - Additional hours | Hour | 4.75 | $95.00 | $451.25 |
| 3 | | Video - Digitize & Sync (DepoView) | Hour | 6.00 | $110.00 | $660.00 |
| 4 | | Shipping of Media | 1 | 1.00 | $19.50 | $19.50 |

| Notes: | | Invoice Total: | $1,380.75 |
|---|---|---|---|
| | | Payment: | ($1,380.75) |
| | | Credit: | |
| | | Interest: | |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa    ☐ MC  ☐ Amex    ☐ Discover

_____     _____
Credit Card #                     Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corporate Services, Inc.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: CS315190
Job #:  322842
Invoice Date: 04/22/2011
Balance :      $0.00

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Veritext Corporate Services, Inc.

**25B Vreeland Road, Suite 301**
**Florham Park, NJ 07932**
**Tel. 973-410-4040  Fax. 973-410-1313**

**Bill To:**

Fidelity National Title Group
601 Riverside Avenue
4th floor
Jacksonville, FL 32204

| | |
|---|---|
| **Invoice #:** | CS348858 |
| **Invoice Date:** | 08/30/2011 |
| **Balance Due:** | $ 1,432.70 |

| | | | | |
|---|---|---|---|---|
| **Case:** | True North Energy v. Chicago Title Insurance Co. | **Attorney:** | Joni Todd, Esq. |
| **Job #:** | 345341   |   Job Date: 08/12/2011   |   Delivery:    Daily | **Billing #** | 703166 |
| **Billing Atty:** | | **Claims Coun** | Mark Schiffman |
| **Location:** | US Legal Support | **Client:** | Hahn Loeser & Parks LLP |
| | 363 N Sam Houston Pkwy E | Ste 900 | Houston, TX 77060 | **CPS or LIPS** | n/a |
| | | **Date of Polic** | Unknown |
| **Deposing Att** | **Joni Todd Esq.** | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Reesa D. Hedrick | Transcript - Original & 1 copy | Page | 160.00 | $8.50 | $1,360.00 |
| 2 | | Attendance - Session | 1 | 1.00 | $50.00 | $50.00 |
| 3 | | Exhibits | per page | 12.00 | $0.35 | $4.20 |
| 4 | | Shipping & Handling | 1 | 1.00 | $18.50 | $18.50 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $1,432.70 |
| | | **Payment:** | |
| | | **Credit:** | |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,432.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa   ☐ MC ☐ Amex   ☐   Discover

_____       _____
Credit Card #                                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

**Make check payable to:**
**Veritext Corporate Services, Inc.**
**25B Vreeland Road**
**Suite 301**
**Florham Park, NJ 07932**

**Invoice #: CS348858**
**Job #:  345341**
**Invoice Date: 08/30/2011**
**Balance :    $1,432.70**

For more information on charges related to our services please consult   www.veritext.com/serviceinfo

# Veritext Corporate Services, Inc.

### 25B Vreeland Road, Suite 301
### Florham Park, NJ 07932
### Tel. 973-410-4040 Fax. 973-410-1313

**Bill To:**

Fidelity National Title Group
601 Riverside Avenue
4th floor
Jacksonville, FL 32204

| | |
|---|---|
| **Invoice #:** | CS347621 |
| **Invoice Date:** | 08/25/2011 |
| **Balance Due:** | $ 889.50 |

| | | | |
|---|---|---|---|
| **Case:** | True North Energy v. Chicago Title Insurance Co. | **Attorney:** | Joni Todd, Esq. |
| **Job #:** | 345341 \| Job Date: 08/12/2011 \| Delivery: Daily | **Billing #** | 703166 |
| | | **Claims Coun** | Mark Schiffman |
| **Billing Atty:** | | **Client:** | Hahn Loeser & Parks LLP |
| **Location:** | US Legal Support | **CPS or LIPS** | n/a |
| | 363 N Sam Houston Pkwy E \| Ste 900 \| Houston, TX 77060 | **Date of Polic** | Unknown |
| **Deposing Att** | Joni Todd Esq. | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Reesa D. Hedrick | Video - Initial fee | | 1.00 | $250.00 | $250.00 |
| 2 | | Video - Additional hours | Hour | 2.00 | $95.00 | $190.00 |
| 3 | | Video - Expedite Fee | | 1.00 | $100.00 | $100.00 |
| 4 | | Video - Digitize & Sync (DepoView) | Hour | 3.00 | $110.00 | $330.00 |
| 5 | | Shipping of Media | 1 | 1.00 | $19.50 | $19.50 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $889.50 |
| | | **Payment:** | |
| | | **Credit:** | |
| | | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | **Balance Due:** | $889.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa   ☐ MC ☐ Amex   ☐   Discover

_____   _____
Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Make check payable to:**
**Veritext Corporate Services, Inc.**
**25B Vreeland Road**
**Suite 301**
**Florham Park, NJ 07932**

Invoice #: CS347621
Job #:  345341
Invoice Date: 08/25/2011
Balance :     $889.50

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Veritext Corporate Services, Inc.

### 25B Vreeland Road, Suite 301
### Florham Park, NJ 07932
### Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:**

Fidelity National Title Group
601 Riverside Avenue
4th floor
Jacksonville, FL 32204

| | |
|---|---|
| **Invoice #:** | CS345923 |
| **Invoice Date:** | 08/25/2011 |
| **Balance Due:** | $ 1,125.00 |

| | | | | |
|---|---|---|---|---|
| **Case:** | True North Energy v. Chicago Title Insurance Co. | **Attorney:** | Joni Todd, Esq. |
| **Job #:** | 345341 | Job Date: 08/12/2011 | Delivery: Daily | **Billing #** | 703166 |
| **Billing Atty:** | | **Claims Coun** | Mark Schiffman |
| **Location:** | US Legal Support | **CPS or LIPS** | n/a |
| | 363 N Sam Houston Pkwy E | Ste 900 | Houston, TX 77060 | **Client:** | Hahn Loeser & Parks LLP |
| | | **Date of Polic** | Unknown |
| **Deposing Att** | **Joni Todd Esq.** | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Reesa D. Hedrick | Videoconference - Room Usage (Location 1) | Hour | 4.50 | $250.00 | $1,125.00 |

| | | | |
|---|---|---|---|
| **Notes:** Location 1 (Houston, TX) | | **Invoice Total:** | $1,125.00 |
| | | **Payment:** | |
| | | **Credit:** | |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,125.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa  ☐ MC ☐ Amex  ☐  Discover

_____
Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Make check payable to:**
**Veritext Corporate Services, Inc.**
**25B Vreeland Road**
**Suite 301**
**Florham Park, NJ 07932**

**Invoice #: CS345923**
**Job #:  345341**
Invoice Date: 08/25/2011
**Balance  :   $1,125.00**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo



**QUALITY INN & SUITES  (OH421)**

445 E. ALEXIS ROAD
TOLEDO, OH  43612 USA
Phone: (419) 476-0170
Fax: (419) 476-6111
gm.OH421@choicehotels.com

Account: OH421 - 293223
Date: 08/21/11
Page:  1  of  1
Room:  137      S3A
Arrival Date: 08/20/11  21:17
Departure Date: 08/21/11  11:34
Frequent Traveler ID:
You were checked out by: ER
You were checked in by: ER

GREEN, JERRY
11639 EAST BERRY PLACE
ENGLEWOOD, CO 80111 US

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 08/20/11 | ROOM CHARGE | #137 GREEN, JERRY | 70.16 |
| 08/20/11 | STATE TAX | STATE TAX | 4.74 |
| 08/20/11 | OCCUPANCY TAX | OCCUPANCY TAX | 7.02 |
| 08/20/11 | safe w/ltd warranty | safe w/ltd warranty | 1.00 |
| 08/20/11 | STATE TAX | STATE TAX | 0.07 |
| 08/21/11 | AMERICAN EXPRESS | AMERICAN EXPRESS Acct: ***********2000 | -82.99 |
| | | Balance Due: | 0.00 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

**KWIK Parking    Cash Receipt**

e: _____ 8-23-11 _____

eived: _____ $6 00 _____

ature: _____ I.W. _____

Signature: _____ I.W. _____

Received: _____

Date: _____ $6.00 _____
8-24-11

**Kwik Parking  Cash Receipt**


J. Green

Room: 305

Room Type: EXKS

Number of Guests: 1

Rate: $99.00        Clerk:

| Arrive: 21Aug11 | Time: 12:33PM | Depart: 26Aug11 | Time: | Folio Number: 95163 |
|---|---|---|---|---|
| **Date** | **Description** | | **Charges** | **Credits** |
| 21Aug11 | Room Charge | | 99.00 | |
| 21Aug11 | State Occupancy Tax | | 6.68 | |
| 21Aug11 | Occupancy Sales Tax | | 9.90 | |
| 22Aug11 | Room Charge | | 99.00 | |
| 22Aug11 | State Occupancy Tax | | 6.68 | |
| 22Aug11 | Occupancy Sales Tax | | 9.90 | |
| 23Aug11 | Valet | | 24.69 | |
| 23Aug11 | Sales Tax | | 1.67 | |
| 23Aug11 | Room Charge | | 99.00 | |
| 23Aug11 | State Occupancy Tax | | 6.68 | |
| 23Aug11 | Occupancy Sales Tax | | 9.90 | |
| 24Aug11 | Room Charge | | 99.00 | |
| 24Aug11 | State Occupancy Tax | | 6.68 | |
| 24Aug11 | Occupancy Sales Tax | | 9.90 | |
| 25Aug11 | Room Charge | | 99.00 | |
| 25Aug11 | State Occupancy Tax | | 6.68 | |
| 25Aug11 | Occupancy Sales Tax | | 9.90 | |
| 26Aug11 | American Express | | | 604.26 |
| | Card #: AXXXXXXXXXXXXX2000/XXXX | | | |
| | Amount:  604.26  Auth: 133581  Signature on File | | | |
| | **Balance:** | | **0.00** | |

**Rewards Account # XXXXX5060.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: NSWHITWORTH@HAHNLAW.COM. See "Internet Privacy Statement" on Marriott.com.



# FRONTIER
### A I R L I N E S

# FRONTI■
### A I R L I N ■

GREEN/JERRYLEE

**NOT VALID FOR TRANSPORTATION** *RETAIN THIS*
*RECEIPT THROUGHOUT*
*YOUR JOURNEY*

DENVER, CO
F9 625 Y 20AUG11
DETROIT, MI

USD  440.93
US 33.07
ZP  7.40
XT 14.00
USD  495.40

FP AMERICAN EXPRESS XXXXXXXXXXX2000

4228675636343

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳
NOT VALID FOR TRAVEL
4228675636343

---

APPLEBEE'S
NEIGHBORHOOD GRILL & BAR
266 E. Alexis Rd
Toledo, OH
(419) 470-1140

USER: GINA T AMEX
DATE: 08-20-11 TIME: 22:22 CTRL: 00836
CARD NUMBER: ************2000
EXP DATE: **/**
APPROVAL CODE: 542206

AMOUNT:        19.50

TIP:

TOTAL:

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

---



**Kwik Parking**
**Cash Receipt**

Date: 8-25-11

Received: $6.00

Signature: T.W.



ENTERPRISE

RA 116616800          Inv O
Rental   20-AUG-2011 07:39 PM
DETROIT METRO ARPT
Return   26-AUG-2011 01:37 PM
DETROIT METRO ARPT

JERRY GREEN
Vehicle # AR378108
Model      FUSION 4DR
Class Driven SCAR    Class Charged SCAR
License# 399HT3      State/Province  MA
M/Kms Driven  233
M/Kms Out    27267
M/Kms In     27500

FIDELITY NATIONAL FINANCIAL**
Contract 10 NAFIDEL
Charges       No Unit   Price   Amount
FSO           1 Rental  30.50   30.50*
T & M         1 Week   177.00  177.00*
UNLIM M/KM    0 M/Kms            0.00*
WAYNE COUNTY STADIUM TX           4.70*
ARPT COST RECOVERY FEE           23.49*
VEH LIC RECOV FEE                 3.90*
SALES TAX 06.000 %               14.38

Total Charges          USD 253.97

Deposit    AMEX 2000

Amount Due             USD 253.97

* Taxable Items
  Subject to Audit
For Reservatons: 1-800-RENT-A-CAR

---

DATE 08/26/11  13:34
PUMP#14
PRODUCT: REGU
GALLONS:  3.573
PRI CE/GAL:  4.193
Stan:  071714667B8
Resp:  010650361
Ref:  0165043591
Auth:  0916000
AMEX  XXXXXXXX2000
AMEX  XXXXXXXX
SALE   $ 15.00
FUEL

920 WELCOME BPP
ROMULUS MI
9147430

SITE ID: 9147430
Earn a 5¢ ....

---



Kwik Parking
Cash Receipt

Date:  800-11
Received:  $6.00
Signature:

# BB&T OnLine®

## Account History

**Visa Card** 

**Posted Transactions**

**Show last:** 30 days | 60 days | 90 days | 6 months

| Transaction Date ▲ | Posting Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 08/23/2011 | 08/25/2011 | GREAT AMER BAG20251336 CHICAGO IL US | 24164071236531627133195 | $12.79 |
| 08/23/2011 | 08/25/2011 | AMERICAN AI 0001028815415 CHICAGO IL US | 24717051236582360692461 | $25.00 |
| 08/22/2011 | 08/24/2011 | AMERICAN AI 0018699826362 MANKATO MN US | 24717051235582352172176 | $176.70 |

# BB&T OnLine®

## Visa Card

**Posted Transactions**

**Show last:** 30 days | 60 days | 90 days | 6 months

| Transaction Date ▲ | Posting Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 08/25/2011 | 08/28/2011 | AMERICAN AI 0001028821969 TOLEDO OH US | 24717051238582380403442 | $25.00 |
| 08/25/2011 | 08/28/2011 | A-1 ACCURATE AIRPORT SERV TOLEDO OH US | 24019511238238419589101 | $99.00 |
| 08/23/2011 | 08/25/2011 | GREAT AMER BAG20251336 CHICAGO IL US | 24164071236531627133195 | $12.79 |
| 08/23/2011 | 08/25/2011 | AMERICAN AI 0001028815415 CHICAGO IL US | 24717051236582360692461 | $25.00 |
| 08/22/2011 | 08/24/2011 | AMERICAN AI 0018699826362 MANKATO MN US | 24717051235582352172176 | $176.70 |

Copyright © 2011, Branch Banking and Trust Company. All Rights Reserved.

**Transaction Details**
Prepared for
**JANET A FAGAN**
Account Number
**XXXX-XXXXX**
**Gold Card / August 20, 2011 to August 25, 2011**

1 - 3 of 3 Transactions

| Date | | Description | Amount $ |
|---|---|---|---|
| 08/23/2011 | Tue | A-1 ACCURATE AIRPORTTOLEDO OH | 69.00 |

863000901 0 4193818294

4193818294

TAXICABS/LIMOUSINES $69.00

Doing Business As:      A-1 ACCURATE AIRPORT SERV

2405 S COUNTRY CLUB PKWY
TOLEDO
OH
43614-5005
UNITED STATES

Merchant Address:

Reference Number:      320112360082419462

Category: Transportation - Taxis & Coach

| 08/23/2011 | Tue | ORBITZ MANKATO MN | 176.70 |

082809 AIRLINE/AIR CARRIER

AMERICAN AIRLINES INC

From : To : Carrier : Class :

TOLEDO EXPRESS APT

CHICAGO O'HARE INTAAL

N/A AAL

N/A YY

N/A YY

Ticket Number : D0186999217661 Date of Departure : 0825

Passenger Name : FAGAN/JANET

Document Type : PASSENGER TICKET

Doing Business As:      AMERICAN AIRLINES INC

AMERICAN AIRLINES-CCS
7645 E 63RD ST STE 600
TULSA
OK
74133-1275
UNITED STATES

Merchant Address:

Reference Number:      320112360082419461

Category: Travel - Airline

1 - 3 of 3 Transactions
**Closing Date: 08/18/11**

| | | |
|---|---|---|
| Previous Balance as of 08/19/11 | -1,108.70 [+] |
| Payments | 0.00 |
| Charges | 527.10 |
| Fees | 0.00 |
| Credits | 0.00 |
| **Outstanding Balance** | **-581.60** |



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009622** |
| INVOICE DATE: | **07/05/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | 1500TT |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

BILL TO:
PURCHASER
**Hahn Loeser & Parks LLP**
200 Public Square - Suite 2800
Cleveland OH 44114

MAIN PHONE: 216-621-0150

CLIENT REFERENCE: **200073-33**

DIRECT PHONE:

DELIVER TO: **Joni Todd**

DELIVERY TIME: **4:00 PM**

DELIVERY INSTRUCTIONS:

DELIVERY DATE: 07/05/11

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document Imaging | 1,036 @ | $0.08500 | = | $88.06 |
| T1 | OCR of Images | 560 @ | $0.04000 | = | $22.40 |
| V3 | CD Master | | | | |

*201809*   *OK TO PAY*   *181*

*OK MG*

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $110.46 |
| SALES TAX: | $9.51 |

for payment received **ON or BEFORE 08/19/11**
pay Discounted Total: **$119.97**

for payment received **AFTER 08/19/11**
pay Total: **$132.24**

2338
7009622

X

TIME DELIVERED:

Marcus Uppe, inc. dba CliCKS    EIN: 25-1658622

20110705:TT:1623
20110705:TT:1619    1227 TT

Please REMIT FROM THIS INVOICE to:

CliCKS - Dept 007
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

Pay by credit card or other
payment questions: 800-776-9569



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009631** |
| INVOICE DATE: | **07/07/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | 1200TT |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

**BILL TO: / PURCHASER**
**Hahn Loeser & Parks LLP**
200 Public Square - Suite 2800
Cleveland OH 44114

**CLIENT REFERENCE:** **200073-00033**

MAIN PHONE: 216-621-0150

DIRECT PHONE:

**DELIVER TO:** **Joni Todd**

DELIVERY INSTRUCTIONS:

DELIVERY TIME: **4:00 PM**

DELIVERY DATE: 07/07/11

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S2 | Electronic Discovery Processing | .56 @ | $850.00000 | = | $476.00 |
| V3 | CD Master | 1 @ | $0.00000 | = | $0.00 |

*OK to pay.*

*781*

*OK M. Cu.*

*201802*

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $476.00 |
| SALES TAX: | $40.99 |

for payment received **ON or BEFORE 08/21/11**
pay Discounted Total: **$516.99**

for payment received **AFTER 08/21/11**
pay Total: **$569.88**

2338
7009631

X _____

TIME DELIVERED: _____

**Please REMIT FROM THIS INVOICE to:**

CliCKS · Dept 007
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222

**Pay by credit card or other payment questions: 800-776-9569**





# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009660** |
| INVOICE DATE: | **07/15/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | **1300MS** |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

| | | | |
|---|---|---|---|
| BILL TO: PURCHASER | **Hahn Loeser & Parks LLP**<br>200 Public Square - Suite 2800<br>Cleveland OH 44114 | MAIN PHONE: | 216-621-0150 |
| CLIENT REFERENCE: | **200073-00033** | DIRECT PHONE: | |

| | | | |
|---|---|---|---|
| DELIVER TO: | **Joni Todd** | DELIVERY TIME: | **4:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 07/15/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Document Removal<br>Technical Hourly Rate | .5 @ | $75.00000 | = | $37.50 |
| T2 | Branding of Images<br>CTIC 011178 - CTIC 028499 | 17,322 @ | $0.01000 | = | $173.22 |
| V3 | CD Master<br>2 Total 1 @ n/c | 1 @ | $10.00000 | = | $10.00 |

*JK to pay*

*202617*

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $220.72 |
| SALES TAX: | $19.01 |

for payment received **ON or BEFORE 08/29/11**
pay Discounted Total: **$239.73**

for payment received **AFTER 08/29/11**
pay Total: **$264.25**

2338
7009660

| X | TIME DELIVERED: |
|---|---|
| | |

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 007**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other**
**payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20110715:TT:1531    2452 TT



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009667** |
| INVOICE DATE: | **07/19/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | 1530TT |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

**BILL TO/ PURCHASER**
**Hahn Loeser & Parks LLP**
200 Public Square - Suite 2800
Cleveland OH 44114

MAIN PHONE: 216-621-0150

**CLIENT REFERENCE:** **200073.00033**

DIRECT PHONE:

**DELIVER TO:** **Joni Todd**
**DELIVERY INSTRUCTIONS:**

DELIVERY TIME: **11:00 AM**
DELIVERY DATE: 07/19/11

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document Imaging<br>2,214 Documents Scanned | 2,214 @ | $0.14500 | = | $321.03 |
| A2 | Oversize Document Scanning<br>34 (24"x36") Documents Scanned | 34 @ | $1.50000 | = | $51.00 |
| V3 | CD Master<br>1 @ N/C | 1 @ | $0.00000 | = | $0.00 |

*OK to PAY*

*202338* *318*

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $372.03 |
| SALES TAX: | $32.04 |

for payment received **ON or BEFORE 09/02/11**
pay Discounted Total: **$404.07**

for payment received **AFTER 09/02/11**
pay Total: **$445.41**

2338
7009667

X _____

TIME DELIVERED: _____

Please REMIT FROM THIS INVOICE to:

**CliCKS · Dept 007**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20110719:DN:1057    4134 TT



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009757** |
| INVOICE DATE: | **08/11/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | 1730TT |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

| BILL TO: PURCHASER | **Hahn Loeser & Parks LLP**<br>200 Public Square - Suite 2800<br>Cleveland OH 44114 | MAIN PHONE: | 216-621-0150 |
|---|---|---|---|
| CLIENT REFERENCE: | **200073.00033** | DIRECT PHONE: | |

| DELIVER TO: | **Luke Clossman** | DELIVERY TIME: | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 08/11/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| A3 | Color Prints | 10 @ | $0.69000 | = | $6.90 |
| B1 | Tabs | 500 @ | $0.15000 | = | $75.00 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $81.90 |
| SALES TAX: | $7.05 |

| for payment received **ON or BEFORE 09/25/11**<br>pay Discounted Total: | **$88.95** |
|---|---|
| for payment received **AFTER 09/25/11**<br>2338<br>7009757    pay Total: | **$98.05** |

X

TIME DELIVERED:

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 007**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other**
**payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622

20110901:TT:1603
20110811:TT:1731    910 TT



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **7009799** |
| INVOICE DATE: | **08/23/11** |
| CUSTOMER ID: | **2338** |
| CliCKS W.O. NUMBER: | **1100MS** |

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

| | | |
|---|---|---|
| BILL TO: PURCHASER | **Hahn Loeser & Parks LLP**<br>200 Public Square - Suite 2800<br>Cleveland OH 44114 | MAIN PHONE: 216-621-0150 |
| CLIENT REFERENCE: | **200073.00033** | DIRECT PHONE: |

| | | |
|---|---|---|
| DELIVER TO: | **Luke Clossman** | DELIVERY TIME: **4:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: 08/23/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| V2 | File Conversion<br>PDF TO TIFF 1772 Images | 1,772 @ | $0.05000 | = | $88.60 |
| T2 | Branding of Images<br>EX. 1-119 , Page # , Case Name | 1,772 @ | $0.02000 | = | $35.44 |
| T1 | OCR of Images<br>1772 Images OCR'D | 1,772 @ | $0.04000 | = | $70.88 |
| V1 | Blowback of Images<br>1772 Images x 3 Sets | 5,316 @ | $0.07000 | = | $372.12 |
| V1 | Blowback of Images<br>1769 Images x 5 Sets | 8,845 @ | $0.07000 | = | $619.15 |
| A3 | Blowback of Color Images<br>3 Images x 5 Sets | 15 @ | $0.69000 | = | $10.35 |
| B1 | Tabs<br>120 x 8 Sets | 960 @ | $0.25000 | = | $240.00 |
| B1 | Binders<br>3 inch | 4 @ | $13.00000 | = | $52.00 |
| B1 | Binders<br>5 Inch | 4 @ | $36.00000 | = | $144.00 |

*handwritten:* OK TO PAY M CLOSSMON

*handwritten:* EXHIBIT PREPARATION TO SUBMIT TRIAL EXHIBITS TO COURT AND FOR USE AT TRIAL

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $1,632.54 |
| SALES TAX: | $140.58 |

| | |
|---|---|
| for payment received **ON or BEFORE 10/07/11**<br>pay Discounted Total: | **$1,773.12** |
| for payment received **AFTER 10/07/11**<br>2338<br>7009799 pay Total: | **$1,954.51** |

*signature:* X Karl Brauner

TIME DELIVERED:

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 007**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622        20110823:TT:1658    18139 TT

*handwritten:* V-204081



# INVOICE

INVOICE NUMBER: **7009797**

INVOICE DATE: **08/23/11**

CUSTOMER ID: **2338**

CliCKS W.O. NUMBER: 1425TT

815 Superior Avenue, Suite 714
Cleveland, Ohio 44114
216-263-4000 · Fax: 216-263-0115

| BILL TO: PURCHASER | **Hahn Loeser & Parks LLP** | MAIN PHONE: | 216-621-0150 |
|---|---|---|---|
| | 200 Public Square - Suite 2800 | | |
| | Cleveland OH 44114 | | |
| CLIENT REFERENCE: | **200073.00033** | DIRECT PHONE: | |

| DELIVER TO: | **Luke Clossman** | DELIVERY TIME: | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 08/23/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| B4 | Color Oversize | 51 @ | $8.00000 | = | $408.00 |
| | 6 (30 x 40) (8.5 Sq Ft) x 1 Set | | | | |
| B4 | Mounts | 51 @ | $4.50000 | = | $229.50 |
| | 6 (30 x 40) (8.5 Sq Ft) x 1 Set | | | | |
| B4 | Color Oversize | 8 @ | $8.00000 | = | $64.00 |
| | 1 (24 x 48) (8 Sq Ft) x 1 Set | | | | |
| B4 | Mount | 8 @ | $4.50000 | = | $36.00 |
| | 1 (24 x 48) (8 Sq Ft) x 1 Set | | | | |

DEMONSTRATIVES FOR USE AT TRIAL
OK TO PAY  ML Clossman

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced and agreement to pay invoice balance under these terms.

| DISCOUNTED SUBTOTAL: | $737.50 |
|---|---|
| SALES TAX: | $63.51 |

| for payment received **ON or BEFORE 10/07/11** pay Discounted Total: | **$801.01** |
|---|---|
| for payment received **AFTER 10/07/11** pay Total: | **$882.95** |

2338
7009797

X _Kelli Brown_    TIME DELIVERED:

Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 007**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20110823:MS:1613    8194 TT

V-204082



**Hahn Loeser & Parks LLP**
**Recap of Costs  Ledger**
**True North Energy, LLC vs. Chicago Title Insurance Co. #200073.00033**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 3/25/2011 | 781 | Joni Todd | IM | 1074 $ | 0.10 | $  107.40 | Imaging Number of copies: 1074 | 645281 |
| 4/15/2011 | | Invoice=464036 | | | | | | |
| | | | | | | | | |
| 3/25/2011 | 720 | Kate M. Zaranec | IM | 1144 $ | 0.10 | $  114.40 | Imaging Number of copies: 1144 | 645293 |
| 4/15/2011 | | Invoice=464036 | | | | | | |

**GRAND TOTAL:**  **BILL:**  $  **221.80**